Exhibit "A"

**Andrea B. Malin**
ATTORNEY/PARTNER

CLIENT NAME: _Vitarius_

MONTHLY PERIOD ENDING: 4/30/10

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 5 | Rev'd 362 Norm | .3 |
| 6 | TC w/client re: 362 & intentions | .3 |
|   | explained PP program | |
| 8 | Rev'd CM info re self & qualify | .3 |

TOTAL: 9

_Anthony Malin_
**STAFF MEMBER**

CLIENT NAME: _Vitarius_

MONTHLY PERIOD ENDING: 4/30/10

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 5 | Sent copy of 302 to client + copied same | 2 |

**TOTAL:** 2

A. Court Appearance Regarding - **B.** Review - **C.** Conference with - **D.** Draft - **E.** Deposition - **F.** Telephone Call To - **G.** Hearing - **H.** Revise - **I.** Correspondence To - **J.** Meeting With - **K.** Closing - **L.** [blank] - **M.** Research - **N.** Study and Review - **O.** Telephone Conversation With - **P.** Receipt and review of - **Q.** Travel - **R.** Prepare - **S.** Telephone Conference with - **T.** Office Conference With

CASE NAME: Nitanus                     4/30/10
CASE NO.

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 5 | Motion - 302 | 40 | 2.25 | |
| | Memo of law | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTALS:

@ $0.20 per page = 8.00 copies

postage amount = 2.25 postage

@ $0.50 per page = fax

TOTAL EXPENSES = 10.25

**Andrea B. Malin**
ATTORNEY/PARTNER

CLIENT NAME: Vitanus LM

MONTHLY PERIOD ENDING: 5 / 31 / 10

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|---|---|---|
| 10 | Rev'd LM application | .3 |
| 11 | App @ 3:02 | .3 |

TOTAL: 19

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

GENOVA & MALIN
Detailed Monthly Time Summary

Anthony Malin
STAFF MEMBER

CLIENT NAME: Vitanus

MONTHLY PERIOD ENDING: 5 /31/10

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|---|---|---|
| 8 | Prepared draft LM | .5 |
| 10 | met w/ client because the applicant/ had served | .7 |

TOTAL: 1.0

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

CASE NAME:  
CASE NO. *Vitanus*        5|3|10

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 9|10 | LM Application | 5×6 | .68×5 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TALS:

| @ $0.20 per page = 61.00 copies | postage amount = 3.40 3.40 postage | @ $0.50 per page = fax |
|---|---|---|

TOTAL EXPENSES = _____

GENOVA & MALIN
Detailed Monthly Time Summary     **Andrea B. Malin**
                                  ATTORNEY/PARTNER

CLIENT NAME: _Vitarious LM_____

MONTHLY PERIOD ENDING: 6 30 10

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 10 | Rec'd doc per letter + contact person | .3 |
| 14 | Rev. an letter reg docs N client | .1 |
| 14 | Downloaded ltr order - cpy client | .3 |

TOTAL: 7

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing -
H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone
Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

**Andrea B. Malin**
ATTORNEY/PARTNER

CLIENT NAME: Viranus

MONTHLY PERIOD ENDING: 6/30/10

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|---|---|---|
| 56 | Rcvd & 302 Motion re: Durango | .3 |
| 10 | NH Relief Stay on Durango (Tentatively) | |
| 14 | Downloaded LH Order | .3 |
| | | .1 |

TOTAL: 7

GENOVA & MALIN
Detailed Monthly Time Summary

*Anthony Malin*
STAFF MEMBER

CLIENT NAME: Vitarius

MONTHLY PERIOD ENDING: 6 /30 /10

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 9 | sent DiVanjo 30) to client | .2 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | TOTAL: |

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

CASE NAME: Vitanus

CASE NO.

6/30/10

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 8 15 | Bob Duran L Moder Clerk | 18 X 2 8 X 1 | 1.31 X 1 .44 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TALS: | | | | |

@ $0.20 per page
= 0.80 copies

postage amount
= 1.75 postage

@ $0.50 per page
= fax

TOTAL EXPENSES = 1.55

GENOVA & MALIN
Detailed Monthly Time Summary        **Andrea B. Malin**
                                     ATTORNEY/PARTNER

CLIENT NAME: Vitarius CM

MONTHLY PERIOD ENDING: 7/31/10

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| | to Rev a Fin Doc Packg | .3 |
| | To Rev'd + prep 806 + S22(8) new property | 1.5 |

**TOTAL:** 1.3

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing -
H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone
Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

CLIENT NAME: _Vitarius_

MONTHLY PERIOD ENDING: 7 / 31 / 10

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 7/7 | PREPARE L.M FINANCIAL DOCS + SEND TO ATTORNEY + LM CONTACT | .3 |
| 7/29 | send Fees received $288 | 1.0 |

TOTAL: 3

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

**Andrea B. Malin**
ATTORNEY/PARTNER

CLIENT NAME: _[illegible]_

MONTHLY PERIOD ENDING: _8/31/16_

DATE          DESCRIPTION OF WORK PERFORMED          HOURS _1.0_

_[illegible handwritten entries]_

_05 Rev'd to Clerk_

_05 Revised 528 _[illegible]__  _.3_

_[illegible] half att_

_+ discussion w/ _[illegible]__

TOTAL: _1.4_

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing -
H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone
Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

GENOVA & MALIN
Detailed Monthly Time Summary

STAFF MEMBER

CLIENT NAME: _Vitanus_

MONTHLY PERIOD ENDING: _8/31/10_

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| | Served, copied + filed RGC | 1.0 |
| | | |

**TOTAL:** 1.0

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

CASE NAME: Vitani's    8/31/10
CASE NO.

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 8/25 | Order 522/506 | 3 X 2 | 2 X .44 | 2 X 50 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTALS: |  |  |  |  |

|  | @ $0.20 per page = .80 copies | postage amount = .88 postage | @ $0.50 per page = 1.00 fax |
|--|--|--|--|

TOTAL EXPENSES = 2.68

CLIENT NAME: Vitanus LM

MONTHLY PERIOD ENDING: 9 30 10

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|---|---|---|
| 6 | *(illegible handwriting)* | .1 |
| | *(illegible handwriting)* +SE | .3 |
| 7 | APP @ LM +SE | |
| 9 | *(illegible handwriting)* | .3 |
| 10 | C'fy *(illegible handwriting)* | .1 |
| | *(illegible handwriting)* | |
| | *(illegible handwriting)* | .3 |

TOTAL: 1.3

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

GENOVA & MALIN
Detailed Monthly Time Summary

*[signature]*
STAFF MEMBER

CLIENT NAME: _Vitanus_

MONTHLY PERIOD ENDING: 9/30/10

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 9 | *Mailed ... ... ...* | .5 |
|   | *... ... copies* | |
|   | *... ...* | |

TOTAL: .5

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

CASE NAME: *Vitanие*
CASE NO.

9/30/10

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 9/9 | SDL to Squir + copy | 1x3 | 4x2 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TALS:

| @ $0.20 per page = .60 copies | postage amount = 1.86 postage | @ $0.50 per page = fax |
|---|---|---|

TOTAL EXPENSES = 1.48

**Andrea B. Malin**
ATTORNEY/PARTNER

CLIENT NAME: Vitarius

MONTHLY PERIOD ENDING: 10/31/10

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 4 | Prep. rev'd folder for docs/need update | .3 |
| 15 | rev'd M stds re: pymt of mort | .1 |

TOTAL: .4

A. Court Appearance Regarding - **B.** Review - **C.** Conference with - **D.** Draft - **E.** Deposition - **F.** Telephone Call To - **G.** Hearing - **H.** Revise - **I.** Correspondence To - **J.** Meeting With - **K.** Closing - **L.** [blank] - **M.** Research - **N.** Study and Review - **O.** Telephone Conversation With - **P.** Receipt and review of - **Q.** Travel - **R.** Prepare - **S.** Telephone Conference with - **T.** Office Conference With

**Andrea B. Malin**
ATTORNEY/PARTNER

CLIENT NAME: _Vitanis LM_

MONTHLY PERIOD ENDING: 10/31/10

DATE    DESCRIPTION OF WORK PERFORMED    HOURS

| Date | Description | Hours |
|---|---|---|
| 1 | rev'd status report filed w/ court | .2 |
| 5 | Reprized on CM | .3 |
| 6 | app to trial rev'd all fin docs | .3 |
| 15 | rev'd merger retain letter appr | .1 |
| 16 | Replied 2nd doc req form Barris | .3 |
| 16 | appted Mtg of atty on Barris's | |
| 15 | prepared order ex agenda | |
| 19 | Prep for trl - rev'd status letter | .3 |
| 20 | app to trl + follow up to file | .3 |

TOTAL: _2.1_

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

**Anthony Malin**
STAFF MEMBER

CLIENT NAME: U Hansen

MONTHLY PERIOD ENDING: 10 / 31 / 10

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
|  |  |  |
| 10/12 | Customized & sub. OELM to Ct. | .1 |
| 10/21 | Rcl Cit re: 4506-T | .1 |
| 10/25 | Faxed 4506 to Bks Attys & tr w/ Clt. | |
|  | re: Signed & fax. eof. Dcn | .1 |

TOTAL: .5

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

CASE NAME: *Vitarius*

CASE NO.

10/31/10

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 20 | Fin Package Mary | 60 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TALS: | | | | |

@ $0.20 per page
= 12.00
copies

postage amount
=
postage

@ $0.50 per page
=
fax

**TOTAL EXPENSES =** 12.00

GENOVA & MALIN
Detailed Monthly Time Summary

**Andrea B. Malin**
ATTORNEY/PARTNER

CLIENT NAME: _Vitaqui_

MONTHLY PERIOD ENDING: 11/30/10

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 14 | Rev'd file + further doc'tng | .3 |
| 15 | Rev'd updat Status may letr | .) |
| 16 | Prep attrnatig - addres #s line | .3 |
| 19 | appr LM + off follo up to mov file | .3 |
| 22 | Prep + submittd to Ct Timely doc order | .3 |
| 23 | downloaded doc - order Timely my | .1 |

TOTAL: 1.4

A. Court Appearance Regarding - **B.** Review - **C.** Conference with - **D.** Draft - **E.** Deposition - **F.** Telephone Call To - **G.** Hearing - **H.** Revise - **I.** Correspondence To - **J.** Meeting With - **K.** Closing - **L.** [blank] - **M.** Research - **N.** Study and Review - **O.** Telephone Conversation With - **P.** Receipt and review of - **Q.** Travel - **R.** Prepare - **S.** Telephone Conference with - **T.** Office Conference With

GENOVA & MALIN
Detailed Monthly Time Summary   __Anthony Malin__
STAFF MEMBER

CLIENT NAME: _Vitarius_____

MONTHLY PERIOD ENDING: _11/30/10_

DATE          DESCRIPTION OF WORK PERFORMED          HOURS
==============================================================================

| 11/3 → | E-mailed 4526-T to Clbzt & TC re: same | 1 |
| 11/9 — | TC JCH + fax letter + mtge 10' 4526-T | 2 |
| 11/22 → | E-mail to CH re: 4526-T EZ & TC re: same | 1 |
| 11/15 — | Prep P.I. in Ct matter Culdd Alley | 3 |
| 11/23 — | E mail 4526-Ez to mtges | 1 |

TOTAL: 8

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing -
H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone
Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

CASE NAME: Urtarius
CASE NO.

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 11/9 | 4506-T | 2 | # | 2 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTALS:

|  | @ $0.20 per page | postage amount | @ $0.50 per page |
|--|------------------|----------------|------------------|
|  | = .40 copies | = _____ postage | = 1.00 fax |

**TOTAL EXPENSES =** 1.40

GENOVA & MALIN
Detailed Monthly Time Summary

Andrea B. Malin
ATTORNEY/PARTNER

LIENT NAME: Vitanus

MONTHLY PERIOD ENDING: 12/3/10

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 7 | Prep for IM conference | 3 |
| 14 | App @ IM conference + file follow up | |
| 14 | Emails to attys re: client atty. | .3 |
| 15 | Rev'd OSC for appearance | .1 |
| 22 | Download OSC + app mtng | .1 |

TOTAL: 1.9

Court Appearance Regarding - **B.** Review - **C.** Conference with - **D.** Draft - **E.** Deposition - **F.** Telephone Call To - **G.** Hearing - Revise - **I.** Correspondence To - **J.** Meeting With - **K.** Closing - **L.** [blank] - **M.** Research - **N.** Study and Review - **O.** Telephone onversation With - **P.** Receipt and review of - **Q.** Travel - **R.** Prepare - **S.** Telephone Conference with - **T.** Office Conference With

**Andrea B. Malin**
ATTORNEY/PARTNER

CLIENT NAME: Vitarius LM

MONTHLY PERIOD ENDING: 12/31/10

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|---|---|---|
| 27 | Rev'd status letter Mary | |
| 28 | Rev'd LM agmt + advised client | .3 |
| 28 | T/C w/Broker re: ad client appears re | |
| | then appearance + email re same | .3 |
| 28 | Prep for client | |
| 29 | call @ LM acceptance letter | .2 |
| 29 | Rev'd executed docs + receipt, met letter | |
| 30 | Rev'd + execute loan mod | |
| | letter | |

TOTAL: 1.6

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing -
H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone
Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

**Michelle Trier**
STAFF MEMBER

CLIENT NAME: Vitarius

MONTHLY PERIOD ENDING: 12/31/10

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 15 | Prep OC directing Mont. to appear + A Hurlbert | .2 |

TOTAL: .2

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

CLIENT NAME: Vitarius

MONTHLY PERIOD ENDING: 12 / 31 / 10

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 12/6 | 450 ot to Hulbert | .2 |
| 12/27 | (O) client re: offer | .2 |
| 12/28 | acceptance letter | .2 |
| 12/28 | prepared ltr folder fr att for appearance | .3 |

**TOTAL:**

A. Court Appearance Regarding - **B.** Review - **C.** Conference with - **D.** Draft - **E.** Deposition - **F.** Telephone Call To - **G.** Hearing -
**H.** Revise - **I.** Correspondence To - **J.** Meeting With - **K.** Closing - **L.** [blank] - **M.** Research - **N.** Study and Review - **O.** Telephone
Conversation With - **P.** Receipt and review of - **Q.** Travel - **R.** Prepare - **S.** Telephone Conference with - **T.** Office Conference With

CASE NAME: Vitarius
CASE NO.

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 12/6 | Letter to Hulbert | | | |
| 12/27 | Offer n dem | | | 1 |
| | | | | 3x.50 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTALS:

| @ $0.20 per page | postage amount | @ $0.50 per page |
|------|------|------|
| = _____ copies | = _____ postage | = 2.00 fax |

TOTAL EXPENSES = 2.00

GENOVA & MALIN
Detailed Monthly Time Summary

**Andrea B. Malin**
ATTORNEY/PARTNER

CLIENT NAME: Vitarus

MONTHLY PERIOD ENDING: 13/11

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 5 | Prep Rev'd 90.19 | .5 |
| 6 | Rev'd Sep w/ Loan Mod Term Encode a same para mary | .3 |
| 14 | Prepared fee appl | 1.0 |
| | Downloaded 90.19 order | .1 |

TOTAL: 1.9

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

CLIENT NAME: _Vitarius_

MONTHLY PERIOD ENDING: _13/11_

DATE          DESCRIPTION OF WORK PERFORMED                    HOURS
================================================================================

1/6          Prep, file & svc. 2019                              .8

2/14    *Sent cpy ... Notice*
        *...fee application*                                     1.0

TOTAL:                                                           1.8

Court Appearance Regarding - **B.** Review - **C.** Conference with - **D.** Draft - **E.** Deposition - **F.** Telephone Call To - **G.** Hearing - Revise - **I.** Correspondence To - **J.** Meeting With - **K.** Closing - **L.** [blank] - **M.** Research - **N.** Study and Review - **O.** Telephone nversation With - **P.** Receipt and review of - **Q.** Travel - **R.** Prepare - **S.** Telephone Conference with - **T.** Office Conference With

CASE NAME: Vitarius

CASE NO.

1|31|11

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 6 | Strp amt | 3 x 2 | | 4 x .50 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTALS: | | | | |

@ $0.20
per page

= 2.00
copies

postage
amount

=
postage

@ $0.50
per page

= 2.00
fax

TOTAL EXPENSES = 4.00

CLIENT NAME: Vitanus UK

Andrea B. Malin
ATTORNEY/PARTNER

MONTHLY PERIOD ENDING: 2 28 11

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 10 | Reg Sup & Amend Ord as & motion Control Orde | .3 |
| 11 | Read & Edited fee appl. | .3 |

TOTAL:

1/31/11

CASE NAME: Vitarius
CASE NO.

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 1/6 | 9019 | 732 | 37.21 | |
| 2/14 | Fee Notice | 85 X 1 | 25 X .44 | 11.00 |
| | Fee Application | 48 X 3 | 2.25 X 3 | 6.75 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTALS:

| @ $0.20 per page | postage amount | @ $0.50 per page |
|------------------|----------------|------------------|
| = 180.20 copies | = 54.96 postage | = fax |

TOTAL EXPENSES = 235.16