GENOVA & MALIN
Attorneys for Debtors
1136 Route 9
Wappingers Falls NY 12590
(845) 298-1600
Thomas Genova (TG4706)
Andrea B. Malin (AM4424)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:

                                                               **CHAPTER 13**

SHAN E. VITARIUS and                       **CASE NO. 09-35840(CGM)**
JESSICA J. VITARIUS,
                      Debtors.
-----------------------------------------------------------x

## **CERTIFICATION**

        1.    I, Andrea B. Malin, certify that I am the professional designated by the applicant with the responsibility in this case for compliance with the guidelines for fees and disbursements for professionals in Southern District of New York bankruptcy cases.

        2.    I have read the application and to the best of my knowledge, information and belief formed after reasonable inquiry, the application complies with the mandatory guidelines.

        3.    To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and expenses sought and fall within these guidelines.

        4.    The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the applicant and generally accepted by applicant's clients.

        5.    A copy of this application has been served upon the Chapter 13 Trustee,

Jeffrey L. Sapir, Esq., the U.S. Trustee and the debtors. At the present time, I have no personal knowledge as to whether the Chapter 13 Trustee has approved the application. The debtors have reviewed same and understand that same will be paid through their Chapter 13 Plan.

6. The debtors, the Chapter 13 Trustee and the U.S. Trustee were served with the application on February 14, 2011.

Dated: Wappingers Falls, New York
February 14, 2011

/s/Andrea B. Malin
ANDREA B. MALIN

Affirmed this 14th day
of February, 2011.