```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
IN RE:
                                                          CHAPTER 13
SHAN E. VITARIUS  and                                     CASE NO. 09-35840(CGM)
JESSICA J. VITARIUS,
                    Debtors.
--------------------------------------------------------X
```

**ORDER APPROVING FINAL ALLOWANCE OF COMPENSATION
AND EXPENSES TO ATTORNEYS FOR THE DEBTORS**

**UPON** reading and filing the application for final compensation for services of GENOVA & MALIN, attorneys for the debtors, dated February 14, 2011, seeking compensation of $5,725.00 and reimbursement of expenses of $287.92, and after notice to all creditors and parties in interest having been given, with proof of due service thereof, and said application having come on to be heard on March 15, 2011, and after hearing the parties whose identities are reflected in the transcript of the hearing, and upon the record made at said hearing and due deliberation having been had thereon, it is

**ORDERED**, that the Debtors are authorized and directed to pay the following sums as allowed to the applicant herein as final compensation for actual, necessary services rendered by such the expenses, pursuant to 11 U.S.C. Sections 330 and 503; $5,725.00, and $287.92 for expenses through the debtors' Chapter 13 Plan as an administrative expense in the total sum of $6,012.92; and it is further

**ORDERED,** that should the debtors' case either be dismissed or convert to a case under Chapter 7 of the United States Bankruptcy Code, the Chapter 13 Trustee is hereby

directed to pay to GENOVA & MALIN the sums held by said Trustee paid to him by the debtors for their plan payments in a sum no greater than the fees and expenses awarded herein.

Dated:  Poughkeepsie, New York
        March        , 2011

_____
U.S. BANKRUPTCY JUDGE