UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:

SHAN E. VITARIUS and
JESSICA J. VITARIUS,
              Debtors.

CHAPTER 13
CASE NO. 09-35840(CGM)

---

STATE OF NEW YORK      )
                                  )ss.:
COUNTY OF DUTCHESS    )

   I, Regina M. Wexler, being sworn, say:

   I am not a party to this action, am over 18 years of age and reside in Poughkeepsie, New York.

   On February 14, 2011, I served a copy of APPLICATION, EXHIBITS and ORDER APPROVING FINAL ALLOWANCE OF COMPENSATION AND EXPENSES TO ATTORNEYS FOR THE DEBTOR by mailing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service in New York State, addressed to each of the following persons at their last known address as set forth after each name:

JEFFREY L. SAPIR                  SHAN & JESSICA VITARIUS
399 Knollwood Road, Suite 102    89 Dashville Road
White Plains, NY 10603           New Paltz, NY 12561

US TRUSTEE
74 Chapel Street
Albany, NY 12207

                                                         /s/ Regina M. Wexler
                                                         REGINA M. WEXLER

Sworn to before me this
14th day of February, 2011

/s/ Jamie L. Lakin
JAMIE L. LAKIN
Notary Public, State of New York
Qualified in Ulster County
Commission Expires 2/17/2012